original 9/16/08
Given W.A. Knox

# VERDICT

**Note:** Complete this form by writing in the names required by your verdict.

On plaintiff Randall Brown's claim against defendant Keith Fortner, as submitted in Instruction No. __7__, we find in favor of

_____  _____Keith Fortner_____
(Plaintiff Randall Brown)     or     (Defendant Keith Fortner)

**Note:** Complete the following paragraphs only if you find in favor of the plaintiff.

We, the jury, unanimously assess plaintiff Brown's damages to be:

$_____ (stating the amount or, if none, write the word "none")

**Note:** You may not award punitive damages against the defendant unless you have first found against the defendant and awarded the plaintiff actual damages.

We, the jury, unanimously assess punitive damages against defendant Fortner as follows:

$_____ (stating the amount or, if none, write the word "none").

_____Traci Mobley_____
Foreperson

Dated: _Sept 16, 2008_